UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSE SANCHEZ-SORIANO,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 09-cv-500-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. The Court has received a stack of documents from the plaintiff in connection with his objection to Magistrate Judge Frazier's Report and Recommendation (Doc. 156). Pursuant to Local Rule 5.1(c) and Electronic Filing Rule 5, all documents must be electronically filed. Manual filing is only available for items that cannot be electronically filed (e.g., videotapes). Accordingly, the Court **DIRECTS** the Clerk of Court to return the plaintiff's documents to his counsel, Jason Corray, and **ORDERS** that the plaintiff shall have up to and including September 1, 2011, to electronically file an amended objection with its exhibits. The plaintiff is reminded that he has a duty under Federal Rule of Civil Procedure 5.2 and Local Rule 5.1(d) to redact certain personal information and that under Local Rule 26.1(b) he only need file the portions of discovery necessary to the pending matter.

**IT IS SO ORDERED.**
**DATED: August 22, 2011**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**