UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSE SANCHEZ-SORIANO,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, RANDY KERN, Warden, Tri-County Justice and Detention Center, CLIFF CAVINS, Chief of Security, Tri-County Justice and Detention Center, PULASKI COUNTY and GEO GROUP, INC.,

    Defendants.

Case No. 09-cv-500-JPG-PMF

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Sanchez-Soriano's claims in Count I under the Federal Tort Claims Act against defendants Randy Kern, Cliff Cavins, Pulaski County and Geo Group, Inc. are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count I under the Federal Tort Claims Act is entered in favor of defendant United States of America and against plaintiff Sanchez-Soriano;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Sanchez-Soriano's claims in Count II under the Civil Rights of Institutionalized Persons Act are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count III, a claim for negligence under a *res ipsa loquitur* theory, is entered in favor of defendants United States of America, Randy Kern, Cliff Cavins, Pulaski County and Geo Group, Inc. and against plaintiff Sanchez-Soriano; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Sanchez-Soriano's claims

in Count IV under *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971)*,* against defendants Randy Kern and Cliff Cavins are dismissed with prejudice.

The Court further notes that although various other names appear as defendants in the caption and body of the Fourth Amended Complaint, the Court did not permit those entities to be added when it allowed the Fourth Amended Complaint to be filed and has not treated those entities as defendants in this case.

**DATED: March 2, 2012**                                **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                                **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**