UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSE SANCHEZ-SORIANO,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 09-cv-500-JPG-PMF

## MEMORANDUM AND ORDER

    This matter comes before the Court on plaintiff Jose Sanchez-Soriano's motion for leave to proceed on appeal *in forma pauperis* (Doc. 174). A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

    The Court is satisfied from Sanchez-Soriano's affidavit that he is indigent. It also believes this appeal is in good faith and not frivolous. Accordingly, the Court **GRANTS** Sanchez-Soriano's motion for leave to proceed on appeal *in forma pauperis* (Doc. 174) and **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for use in conjunction with appeal number 12-1769.

**IT IS SO ORDERED.**
**DATED:  April 6, 2012**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**